# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Kyle Richard Greene, Krystle Lynn Greene<br><br>Plaintiff(s),<br><br>v.<br><br>Meeker County Department of Human Services (DHS)<br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 22-cv-00291-ECT-JFD |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    1.    Plaintiff Kyle Richard Greene and Krystle Lynn Greene's Motion for Leave to Amend [ECF No. 28] is **DENIED**; and

    2.    Defendant Meeker County Department of Human Services (DHS)'s Motion to Dismiss for Failure to State a Claim [ECF No. 15] is **GRANTED**, and Plaintiffs' Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted.

| | |
|---|---|
| Date: 9/9/2022 | KATE M. FOGARTY, CLERK |